BEFORE THE THIRD DIVISION, JANUARY 5, 1944

**No. 49116.**—Protest 100097–K of David Kannengiesser (New York).

Opinion by KEEFE, J. It was stipulated by counsel that the banana flakes in question are the same in all material respects as those passed upon in *Sardik* v. *United States* (8 Cust. Ct. 400, C. D. 646), the record in which case was admitted in evidence herein. In accordance therewith they were held dutiable at 17½ percent under paragraph 752, as amended by the trade agreements with Costa Rica (T. D. 49072) and Ecuador (T. D. 49710). Protest sustained to this extent.

**No. 49117.**—Protests 38125–K, etc., of Venice Importing Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146, 48269, and 39667, the records in which cases were incorporated herein. The protests were sustained to this extent.

**No. 49118.**—Protests 97920–K, etc., of Netherlands Government Food Purchasing Bureau (Buffalo).

Opinion by KEEFE, J. From an examination of the papers the court, finding the action of the collector presumptively correct, overruled the protests.

JANUARY 10, 1944

**No. 49119.**—SUIT 4441.— *Hawley & Letzerich* v. *United States.* affirmed. C. A. D. 258.

BEFORE THE FIRST DIVISION, JANUARY 12, 1944

**No. 49120.**—Protests 827076–G, etc., of Dritz Traum Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.